UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL RAMOS,

    Plaintiff,

v.                                         Case No. 10-C-847

ROGER WALKER and
GREGORY KOESTERING,

    Defendants.

## ORDER

    Plaintiff Ramos, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. He now asks for an order allowing him to access his prison release account funds for litigation expenses. The motion will be denied. Although in some cases release funds can be used to pay court filing fees (in particular, the initial partial filing fee), it is not within this Court's authority to order state officials to make accessible funds that would otherwise not be available. Moreover, authorizing such requests would lead to an avalanche of prisoner motions seeking access to funds that are kept for their release.

    The motion is **DENIED**.

    Dated this __7th__ day of October, 2011.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge