UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL RAMOS,
    Plaintiff,

v.             Case No.11-C-169,10-C-847

ROGER WALKER, et al.,
    Defendants.

## ORDER

Plaintiff Ramos filed a motion to reduce the appellate filing fee in Case No. 11-C-169. He states that he appealed my initial determination that the case should be merged into Case No. 10-C-847. Then, when he filed an amended notice of appeal, he was assessed a second appellate filing fee due (apparently) to the confusion about the multiple case numbers his appeal had been assigned. Fed. R. App. P. 4(a)(4)(B)(iii) provides that "no additional fee is required to file an amended notice." Accordingly, although two notices of appeal were docketed, it was an error to assess two appellate filing fees here because the second notice was captioned "amended notice". The motion is **GRANTED**. The total appellate filing fee now due is $455, not the $910 originally assessed.

**SO ORDERED** this __17th__ day of October, 2011.

                s/ William C. Griesbach
                William C. Griesbach
                United States District Judge